Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-275-540

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

## Title _____

**Title of Work:**  TENTACLES OF PENTACLES

## Completion/Publication _____

**Year of Completion:**  2019
**Date of 1st Publication:**  July 09, 2019
**Nation of 1st Publication:**  Croatia

## Author _____

•  **Author:**  Sanda Krstulovic
**Author Created:**  2-D artwork
**Work made for hire:**  No
**Citizen of:**  Croatia

## Copyright Claimant _____

**Copyright Claimant:**  Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:**  By written agreement

## Rights and Permissions _____

**Organization Name:**  Law Offices of John R. Mugno
**Name:**  John Robert Mugno
**Email:**  johnmugno@aol.com
**Telephone:**  (212)925-3474
**Address:**  233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification _____

Name:   John R. Mugno
Date:   October 13, 2021

Name: TENTACLES OF PENTACLES

Date of creation: JULY 8, 2019

First published: JULY 9, 2019



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-274-814

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 09, 2021

## Title

**Title of Work:** COSMIC SPHYNX

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 18, 2020
**Nation of 1st Publication:** Croatia

## Author

- **Author:** Sanda Krstulovic
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Croatia

## Copyright Claimant

**Copyright Claimant:** Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Name: COSMIC SPHYNX

Date of creation: APRIL 18, 2020

First published: APRIL 18, 2020



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-275-730

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

## Title

**Title of Work:** WITCHY SNOW GLOBE

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 27, 2020
**Nation of 1st Publication:** Croatia

## Author

- **Author:** Sanda Krstulovic
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Croatia

## Copyright Claimant

**Copyright Claimant:** Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Name:  John R. Mugno
Date:  October 13, 2021

Name: WITCHY SNOW GLOBE

Date of creation: OCTOBER 27, 2020

First published: OCTOBER 27, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-275-728

**Effective Date of Registration:**
October 13, 2021

**Registration Decision Date:**
November 16, 2021

## Title

**Title of Work:**   VUKOJARAC - THE MYTHICAL WOLF-GOAT BAD OMEN

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   February 03, 2019
**Nation of 1st Publication:**   Croatia

## Author

* **Author:**   Sanda Krstulovic
**Author Created:**   2-D artwork
**Work made for hire:**   No
**Citizen of:**   Croatia

## Copyright Claimant

**Copyright Claimant:**   Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Law Offices of John R. Mugno
**Name:**   John Robert Mugno
**Email:**   johnmugno@aol.com
**Telephone:**   (212)925-3474
**Address:**   233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Name:   John R. Mugno
Date:   October 13, 2021

Name: VUKOJARAC - THE MYTHICAL WOLF-GOAT BAD OMEN

Date of creation: FEBRUARY 3, 2019

First published: FEBRUARY 3, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-275-507

**Effective Date of Registration:**
October 13, 2021

**Registration Decision Date:**
November 16, 2021

**Title** _____

      **Title of Work:**   THELEMA: DO WHAT YOU WILT / CROWLEY'S UNICURSAL HEXAGRAM

## Completion/Publication _____

      **Year of Completion:**  2020
      **Date of 1st Publication:**  January 29, 2020
      **Nation of 1st Publication:**  Croatia

## Author _____

      •   **Author:**  Sanda Krstulovic
      **Author Created:**  2-D artwork
      **Work made for hire:**  No
      **Citizen of:**  Croatia

## Copyright Claimant _____

      **Copyright Claimant:**  Rarog j.d.o.o.
                             Put Kotlara 2, 23000 Zadar, Croatia
      **Transfer statement:**  By written agreement

## Rights and Permissions _____

      **Organization Name:**  Law Offices of John R. Mugno
      **Name:**  John Robert Mugno
      **Email:**  johnmugno@aol.com
      **Telephone:**  (212)925-3474
      **Address:**  233 Broadway - Suite 2348
                     New York, NY 10279 United States

**Certification**

Name: John R. Mugno
Date: October 13, 2021

Name: THELEMA: DO WHAT YOU WILT / CROWLEY'S UNICURSAL HEXAGRAM

Date of creation: JANUARY 29, 2020

First published: JANUARY 29, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-275-506

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

## Title

     **Title of Work:**   TERRY'S INVERTED BONETAGRAM

## Completion/Publication

     **Year of Completion:**  2019
     **Date of 1st Publication:**  June 06, 2019
     **Nation of 1st Publication:**  Croatia

## Author

     ●    **Author:**  Sanda Krstulovic
     **Author Created:**  2-D artwork
     **Work made for hire:**  No
     **Citizen of:**  Croatia

## Copyright Claimant

     **Copyright Claimant:**  Rarog j.d.o.o.
          Put Kotlara 2, 23000 Zadar, Croatia
     **Transfer statement:**  By written agreement

## Rights and Permissions

     **Organization Name:**  Law Offices of John R. Mugno
     **Name:**  John Robert Mugno
     **Email:**  johnmugno@aol.com
     **Telephone:**  (212)925-3474
     **Address:**  233 Broadway - Suite 2348
          New York, NY 10279 United States

## Certification

Name:   John R. Mugno
Date:   October 13, 2021

Name: TERRY'S INVERTED BONETAGRAM

Date of creation: AUGUST 6, 2019

First published: AUGUST 6, 2019



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-275-537

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

---

**Title**

            **Title of Work:**  Surreal Death Moth

## Completion/Publication

            **Year of Completion:**  2019
    **Date of 1st Publication:**  July 29, 2019
  **Nation of 1st Publication:**  Croatia

## Author

        •      **Author:**  Sanda Krstulovic
      **Author Created:**  2-D artwork
    **Work made for hire:**  No
        **Citizen of:**  Croatia

## Copyright Claimant

    **Copyright Claimant:**  Rarog j.d.o.o.
                        Put Kotlara 2, 23000 Zadar, Croatia
    **Transfer statement:**  By written agreement

## Rights and Permissions

    **Organization Name:**  Law Offices of John R. Mugno
              **Name:**  John Robert Mugno
            **Email:**  johnmugno@aol.com
      **Telephone:**  (212)925-3474
        **Address:**  233 Broadway - Suite 2348
                       New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: Surreal Death Moth

Date of creation: JULY 29, 2019

First published: JULY 29, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-810

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 09, 2021

**Title**

**Title of Work:** BASTET THE CAT GODDESS

**Completion/Publication**

**Year of Completion:** 2019
**Date of 1st Publication:** December 30, 2019
**Nation of 1st Publication:** Croatia

**Author**

- **Author:** Sanda Krstulovic
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Croatia

**Copyright Claimant**

**Copyright Claimant:** Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:** By written agreement

**Rights and Permissions**

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

**Certification**

**Name:** John R. Mugno
**Date:** October 13, 2021

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Name: BASTET THE CAT GODDESS

Date of creation: DECEMBER 30, 2019

First published: DECEMBER 30, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-275-532

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

---

**Title**

Title of Work: DEATH MOTH SPIRIT BOARD

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: April 06, 2020
Nation of 1st Publication: Croatia

## Author

- Author: Sanda Krstulovic
  Author Created: 2-D artwork
  Work made for hire: No
  Citizen of: Croatia

## Copyright Claimant

Copyright Claimant: Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
Transfer statement: By written agreement

## Rights and Permissions

Organization Name: Law Offices of John R. Mugno
Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: DEATH MOTH SPIRIT BOARD

Date of creation: APRIL 6, 2020

First published: APRIL 6, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-275-538

**Effective Date of Registration:**
October 13, 2021

**Registration Decision Date:**
November 16, 2021

## Title

**Title of Work:**   LEVIATHAN CROSS AND TENTACLES

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   August 23, 2018
**Nation of 1st Publication:**   Croatia

## Author

**Author:**   Sanda Krstulovic
**Author Created:**   2-D artwork
**Work made for hire:**   No
**Citizen of:**   Croatia

## Copyright Claimant

**Copyright Claimant:**   Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Law Offices of John R. Mugno
**Name:**   John Robert Mugno
**Email:**   johnmugno@aol.com
**Telephone:**   (212)925-3474
**Address:**   233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: LEVIATHAN CROSS AND TENTACLES

Date of creation: AUGUST 23, 2018

First published: AUGUST 23, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-275-534

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

## Title

**Title of Work:**   LEVIATHAN CROSS AND SERPENTS

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   August 20, 2018
**Nation of 1st Publication:**   Croatia

## Author

●   **Author:**   Sanda Krstulovic
**Author Created:**   2-D artwork
**Work made for hire:**   No
**Citizen of:**   Croatia

## Copyright Claimant

**Copyright Claimant:**   Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Law Offices of John R. Mugno
**Name:**   John Robert Mugno
**Email:**   johnmugno@aol.com
**Telephone:**   (212)925-3474
**Address:**   233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: LEVIATHAN CROSS AND SERPENTS

Date of creation: AUGUST 20, 2018

First published: AUGUST 20, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-275-533

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

## Title

**Title of Work:** HOWARD PHILLIPS LOVECRAFT

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 16, 2019
**Nation of 1st Publication:** Croatia

## Author

- **Author:** Sanda Krstulovic
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Croatia

## Copyright Claimant

**Copyright Claimant:** Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: HOWARD PHILLIPS LOVECRAFT

Date of creation: MAY 16, 2019

First published: MAY 16, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-275-539

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

---

**Title**

      **Title of Work:**   OVERGROWN – MUSHROOMS GONE WILD

**Completion/Publication**

      **Year of Completion:**   2019
      **Date of 1st Publication:**   October 14, 2019
      **Nation of 1st Publication:**   Croatia

**Author**

      •    **Author:**   Sanda Krstulovic
      **Author Created:**   2-D artwork
      **Work made for hire:**   No
      **Citizen of:**   Croatia

**Copyright Claimant**

      **Copyright Claimant:**   Rarog j.d.o.o.
                   Put Kotlara 2, 23000 Zadar, Croatia
      **Transfer statement:**   By written agreement

**Rights and Permissions**

      **Organization Name:**   Law Offices of John R. Mugno
      **Name:**   John Robert Mugno
      **Email:**   johnmugno@aol.com
      **Telephone:**   (212)925-3474
      **Address:**   233 Broadway - Suite 2348
                 New York, NY 10279 United States

**Certification**

Name:   John R. Mugno
Date:   October 13, 2021

Name: OVERGROWN – MUSHROOMS GONE WILD

Date of creation: OCTOBER 13, 2019

First published: OCTOBER 14, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-275-505

**Effective Date of Registration:**
October 13, 2021

**Registration Decision Date:**
November 16, 2021

---

## Title

**Title of Work:**  PLAGUE MERMAID

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  March 30, 2020
**Nation of 1ˢᵗ Publication:**  Croatia

## Author

- **Author:**  Sanda Krstulovic
  **Author Created:**  2-D artwork
  **Work made for hire:**  No
  **Citizen of:**  Croatia

## Copyright Claimant

**Copyright Claimant:**  Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:**  By written agreement

## Rights and Permissions

**Organization Name:**  Law Offices of John R. Mugno
**Name:**  John Robert Mugno
**Email:**  johnmugno@aol.com
**Telephone:**  (212)925-3474
**Address:**  233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Name:   John R. Mugno
Date:   October 13, 2021

Name: PLAGUE MERMAID

Date of creation: MARCH 30, 2020

First published: MARCH 30, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-275-535

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

---

## Title

**Title of Work:**   RAVENS, SKULLS AND THE ACE OF SPADES

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   December 12, 2018
**Nation of 1st Publication:**   Croatia

## Author

- **Author:**   Sanda Krstulovic
  **Author Created:**   2-D artwork
  **Work made for hire:**   No
  **Citizen of:**   Croatia

## Copyright Claimant

**Copyright Claimant:**   Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Law Offices of John R. Mugno
**Name:**   John Robert Mugno
**Email:**   johnmugno@aol.com
**Telephone:**   (212)925-3474
**Address:**   233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Name:   John R. Mugno
Date:   October 13, 2021

Name: RAVENS, SKULLS AND THE ACE OF SPADES

Date of creation: DECEMBER 12, 2018

First published: DECEMBER 12, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-275-536

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 16, 2021

## Title

**Title of Work:** SIGIL OF BAAL

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** June 11, 2019
**Nation of 1st Publication:** Croatia

## Author

• **Author:** Sanda Krstulovic
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** Croatia

## Copyright Claimant

**Copyright Claimant:** Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Name:   John R. Mugno
Date:   October 13, 2021

Name: SIGIL OF BAAL

Date of creation: JUNE 11, 2019

First published: JUNE 11, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-812

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 09, 2021

**Title** _____

      **Title of Work:** CATHULHU - THE COSMIC TENTACLE CAT

## Completion/Publication _____

      **Year of Completion:** 2018
      **Date of 1st Publication:** November 05, 2018
      **Nation of 1st Publication:** Croatia

## Author _____

      •   **Author:** Sanda Krstulovic
      **Author Created:** 2-D artwork
      **Work made for hire:** No
      **Citizen of:** Croatia

## Copyright Claimant _____

      **Copyright Claimant:** Rarog j.d.o.o.
      Put Kotlara 2, 23000 Zadar, Croatia
      **Transfer statement:** By written agreement

## Rights and Permissions _____

      **Organization Name:** Law Offices of John R. Mugno
      **Name:** John Robert Mugno
      **Email:** johnmugno@aol.com
      **Telephone:** (212)925-3474
      **Address:** 233 Broadway - Suite 2348
      New York, NY 10279 United States

## Certification _____

**Name:** John R. Mugno
**Date:** October 13, 2021

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Name: CATHULHU - THE COSMIC TENTACLE CAT

Date of creation: NOVEMBER 4, 2018

First published: NOVEMBER 5, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-875

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 09, 2021

**Title**

Title of Work: CATRONOMICON (COSMIC TENTACLE KITTEN)

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: November 24, 2019
Nation of 1ˢᵗ Publication: Croatia

## Author

• Author: Sanda Krstulovic
Author Created: 2-D artwork
Work made for hire: No
Citizen of: Croatia

## Copyright Claimant

Copyright Claimant: Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
Transfer statement: By written agreement

## Rights and Permissions

Organization Name: Law Offices of John R. Mugno
Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Name: CATRONOMICON (COSMIC TENTACLE KITTEN)

Date of creation: NOVEMBER 24, 2019

First published: NOVEMBER 24, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-276-484

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 22, 2021

## Title

**Title of Work:** VERY SATANIC BLACK METAL SPHINX CAT

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 20, 2019
**Nation of 1st Publication:** Croatia

## Author

•      **Author:** Sanda Krstulovic
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** Croatia

## Copyright Claimant

**Copyright Claimant:** Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: VERY SATANIC BLACK METAL SPHINX CAT

Date of creation: JANUARY 20, 2019

First published: JANUARY 20, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-276-485

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 22, 2021

## Title

**Title of Work:** TWO HEADED SNAKE AND THE SIGIL OF LUCIFER

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 13, 2020
**Nation of 1st Publication:** Croatia

## Author

- **Author:** Sanda Krstulovic
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** Croatia

## Copyright Claimant

**Copyright Claimant:** Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: TWO HEADED SNAKE AND THE SIGIL OF LUCIFER

Date of creation: MARCH 13, 2020

First published: MARCH 13, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-276-486

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 22, 2021

## Title

Title of Work: TWIN SPHYNX / SPHYNX CATS WITH ANKH AND LEVIATHAN CROSS SYMBOLS

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: November 16, 2018
Nation of 1st Publication: Croatia

## Author

- Author: Sanda Krstulovic
  Author Created: 2-D artwork
  Work made for hire: No
  Citizen of: Croatia

## Copyright Claimant

Copyright Claimant: Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
Transfer statement: By written agreement

## Rights and Permissions

Organization Name: Law Offices of John R. Mugno
Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: TWIN SPHYNX / SPHYNX CATS WITH ANKH AND LEVIATHAN CROSS SYMBOLS / TWIN SPHYNX

Date of creation: NOVEMBER 15, 2018

First published: NOVEMBER 16, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-276-483

**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 22, 2021

---

## Title

**Title of Work:** ALL SEEING EYE CRYING

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 06, 2018
**Nation of 1st Publication:** Croatia

## Author

- **Author:** Sanda Krstulovic
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Croatia

## Copyright Claimant

**Copyright Claimant:** Rarog j.d.o.o.
Put Kotlara 2, 23000 Zadar, Croatia
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** October 13, 2021

Name: ALL SEEING EYE CRYING

Date of creation: AUGUST 6, 2018

First published: AUGUST 6, 2018

